**The below described is SIGNED.**

**Dated: August 10, 2014**  

**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**WILLIAM H. SHOAF**<br><br>Debtor. | Bankruptcy Case No. 11-27067 WTT<br>Chapter 7<br><br>ADV. PROC. NO. 11-02584<br><br>Judge William T. Thurman |
| **ALCHEMY VENTURES TRUST, LLC; DAVID L. WICKLINE,**<br><br>Plaintiffs,<br><br>vs.<br><br>**WILLIAM H. SHOAF,**<br><br>Defendant. | **ORDER GOVERNING SCHEDULING MATTERS**<br><br>(Filed Electronically) |

In accordance with the Parties' stipulation,

1. The deadline for the Parties to file a proposed pretrial order is continued to September 30, 2014;

2. The Final Pretrial Conference is continued to October 14, 2014 at 10:00 a.m.

-------------------------------------------END OF DOCUMENT-------------------------------------------