**The below described is SIGNED.**

**Dated: January 9, 2015**





**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**WILLIAM H. SHOAF**<br><br>Debtor. | Bankruptcy Case No. 11-27067 WTT<br>Chapter 7<br><br>ADV. PROC. NO. 11-02584<br><br>Judge William T. Thurman |
| **ALCHEMY VENTURES TRUST, LLC; DAVID L. WICKLINE,**<br><br>Plaintiffs,<br><br>vs.<br><br>**WILLIAM H. SHOAF,**<br><br>Defendant. | **ORDER GOVERNING SCHEDULING MATTERS**<br><br>(Filed Electronically) |

In accordance with the Parties' stipulation,

1. The deadline for the Parties to file a proposed pretrial order is continued to February 17, 2015;

2. The Final Pretrial Conference is continued to March 3, 2015 at 10:00 a.m.

-------------------------------------------END OF DOCUMENT-------------------------------------------