**This order is SIGNED.**

Dated: November 20, 2015 



**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

*uae*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**WILLIAM H. SHOAF**<br><br>Debtor. | Bankruptcy Case No. 11-27067 WTT<br>Chapter 7<br><br>ADV. PROC. NO. 11-02584<br><br>Judge William T. Thurman |
| **ALCHEMY VENTURES TRUST, LLC;<br>DAVID L. WICKLINE,**<br><br>Plaintiffs,<br><br>vs.<br><br>**WILLIAM H. SHOAF,**<br><br>Defendant. | **ORDER GOVERNING<br>SCHEDULING MATTERS**<br><br>**(Filed Electronically)** |

In accordance with the Parties' stipulation,

1. Trial date continued to February 25 and 26, 2016, commencing at 9:30 a.m. in courtroom 376.

2. Deadline for filing of trial briefs and proposed findings of fact and conclusions of law continued to February 11, 2016.

3.      Deadline for exchange of exhibit binders and providing original exhibits plus two copies to the Court continued to February 18, 2016.

--------------------------------------------END OF DOCUMENT------------------------------------------